THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TRAVIS RANDOLPH, Defendant-Appellant.

(No. 56654; ■■■■■■■

First District—July 24, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.